Cindy BROWN, Conservator for the Estate of William Brown, Relator,

v.

PUERINGER DISTRIBUTING/INTERNATIONAL MULTIFOODS, and Liberty Mutual Insurance Company, Respondents,

MN Dept. of Human Services, MN Dept. of Labor and Industry/VRU, and Medicare, Intervenors,

Special Compensation Fund (Supplementary Benefits), Intervenor.

No. C3–98–1341.

Supreme Court of Minnesota.

Oct. 12, 1998.

Falsani, Balmer, Berglund & Peterson, James B. Peterson, Duluth, for appellant.

Heacox, Hartman, Mattaini, Koshmrl, Cosgriff & Johnson, P.A., Roderick C. Cosgriff, St. Paul, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 1, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice

In re Petition for DISCIPLINARY ACTION AGAINST Lori C. PETERSON, an Attorney at Law of the State of Minnesota.

No. C5–98–577.

Supreme Court of Minnesota.

Oct. 12, 1998.

*ORDER*

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Lori C. Peterson has committed professional misconduct warranting public discipline, namely improperly bringing an action resulting in a sanction by the trial court and contacting a party represented by counsel and disparaging their choice of counsel; and

WHEREAS, respondent admits her conduct has violated various Rules of Lawyers Professional Responsibility, waives her rights pursuant to Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and has entered into a stipulation with the Director wherein they jointly recommend that the appropriate discipline is a public reprimand and one year of unsupervised probation commencing September 24, 1998, the expiration date of a previous private probation; and

WHEREAS, this court has independently reviewed the record and approves the jointly recommended discipline,

IT IS HEREBY ORDERED that respondent Lori C. Peterson is publicly reprimanded and is placed on unsupervised probation for one year commencing September 24, 1998.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice